U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 2 5 2014
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 3:13-CR-00276-P |
| v. | § | |
| | § | |
| OMAR HERRERA GARCIA (10) | § | |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

**OMAR HERRERA GARCIA (10)**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **OMAR HERRERA GARCIA (10)** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **OMAR HERRERA GARCIA (10)** be adjudged guilty and have sentence imposed accordingly.

Date:   February 25, 2014.

_____
MAGISTRATE JUDGE DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

*Paul D. Stickney*

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).